

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **COLONY NATIONAL INSURANCE COMPANY,** | CIVIL ACTION |
| Plaintiff, | No.: 1:11-cv-01121 |
| v. | |
| **SLB TOYS USA, INC., MANLEY TOYS, LTD., TOY QUEST, LTD., AQUAWOOD, LLC, IZZY HOLDINGS, LLC, TOY NETWORK, LLC, and WAL-MART STORES, INC.,** | |
| Defendants. | |

## ORDER

AND NOW, this 21 day of April, 2011, at the request of Colony National Insurance Company and Toy Network, LLC, **IT IS HEREBY ORDERED** that Toy Network, LLC is dismissed from the above-captioned matter WITHOUT PREJUDICE.

BY THE COURT:

_____
Milton I. Shadur                                J.