IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

COLONY NATIONAL INSURANCE          )
COMPANY,                           )
                                   )
               Plaintiff,          )
                                   )
     v.                            )     No. 11 C 1121
                                   )
SLB TOYS USA, INC., et al.,        )
                                   )
               Defendants.         )

                        MEMORANDUM ORDER

     Few things would seem quite so obvious as the proposition
that the relevant facts in a federal lawsuit grounded in
"diversity of citizenship" are the states of <u>citizenship</u> of the
litigants, rather than their places of residence (something that
most often, though not invariably, coincides with citizenship).
Yet parties on both sides of the "v." sign have had their
problems with that self-defining proposition--hence this
memorandum order.

     With two of the defendants being limited liability
companies, as to which the relevant citizenship is that of each
company's members, this Court requested information on that score
from their counsel.  But what the responses have shown instead is
(1) as to Aquawood, LLC "its sole member is Chan Koon Ying, who
is a resident of China," and (2) as to Izzy Holdings, LLC, it has
two members, both individuals who "are currently residents of
China."

     Those assertions stem from supplemental disclosure

statements tendered by the same lawyer who represents each of them, but the file is still lacking the essential citizenship information.  Accordingly counsel for the two limited liability companies is ordered to file a further supplemental submission on or before May 23, 2011 identifying the relevant states of citizenship.

									_____
									Milton I. Shadur
									Senior United States District Judge

Date:  May 12, 2011