```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

COLONY NATIONAL INSURANCE   )
COMPANY,                    )
                            )
          Plaintiff,        )
                            )
     v.                     )   No. 11 C 1121
                            )
SLB TOYS USA, INC., et al., )
                            )
          Defendants.       )

## MEMORANDUM ORDER

After this Court caused this action to be transferred to the United States District Court for the Central District of California, Honorable John Walter of that court has retransferred the action to this District Court for the limited purpose of deciding the pending motion by SLB Toys USA, Inc. ("SLB") for reconsideration of this Court's brief June 1, 2011 memorandum order that had granted the ex parte application of Byron Moldo ("Moldo"), as assignee for the benefit of SLB's creditors, to be substituted in place of SLB as the real party in interest.

Despite the obvious key importance of the November 29, 2007 document making the assignment, neither party's counsel has seen fit to provide this Court with a copy of that document. Accordingly Moldo's counsel is ordered to deliver a copy of the assignment document to this Court's chambers on or before July 19, 2011. This Court will then determine whether anything

more may be needed to rule on the motion and, if not, will rule promptly.

                                    _____
                                    Milton I. Shadur
                                    Senior United States District Judge

Date:  July 11, 2011